# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FRANK E. ANDREW, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 16-3851 |
| | : | |
| TODD BUSKIRK, et al., | : | |
| Defendants | : | |

# **O R D E R**

**AND NOW**, this 14th day of August, 2017, upon consideration of the Motion for Summary Judgment by defendants Todd Buskirk, Frank Longenbach, and Robin Stanley (Docket No. 27), and all responses thereto; the Motion for Partial Summary Judgment by plaintiff Frank E. Andrew (Docket No. 25), and all responses thereto; and having heard the arguments of counsel at a hearing before me on July 10, 2017, it is hereby **ORDERED** that the defendants' Motion for Summary Judgment is **GRANTED** and the plaintiff's Motion for Partial Summary Judgment is **DENIED**.

**JUDGMENT IS ENTERED** for defendants Todd Buskirk, Frank Longenbach, and Robin Stanley against Frank E. Andrew on the entirety of the Complaint.

This case is **CLOSED**.

It is so **ORDERED**.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C. J.